AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Michael Lucas Ambrose<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No.<br><br>8:22MJ2218AAS |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ December 16, 2022 _____ in the county of _____ Polk _____ in the

_____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2)<br>18 U.S.C. § 2252(a)(4) | Receipt of Child Pornography<br>Possession of Child Pornography |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Connor Creasey, SA, FBI
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: _____ 12/16/2022 _____

_____
*Judge's signature*

City and state: _____ Tampa, FL _____

Hon. Amanda A. Sansone USMJ
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Connor Steven Creasey, being first duly sworn, hereby depose and state as follows:

1.     I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since April 11, 2021. After completing FBI Academy training in Quantico, Virginia, I was assigned to the FBI Tampa Division, Lakeland Resident Agency ("LRA"). I am presently assigned to the FBI Tampa LRA Safe Streets Task Force. As an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), I am empowered by law to conduct investigations of, and to make arrests for, violations of federal statutes, including 18 U.S.C. § 2251(A), (production of child pornography), 2252(a)(2) (distribution of child pornography), and 2252(a)(4) (possession of child pornography).

2.     I have received specialized training from the FBI as a Special Agent in the investigation and identification of violent crime, including attendance at in-service trainings sponsored by the FBI and on-the-job training. Additionally, prior to my employment as a Special Agent with the FBI, I served as a forensic accountant with the FBI from March 2018 until April 2021. I received specialized training from the FBI as a forensic accountant in tracing financial assets, identifying money laundering, and providing financial analysis. I was also a team member of the FBI Springfield Division Evidence Response Team and have experience using specialized techniques to collect evidence.

1

3. I have participated in investigations involving gangs, drugs, bank robberies, transcontinental organized crime, complex financial crimes, money laundering, public corruption, healthcare fraud, domestic terrorism, and human trafficking, among other things. I have participated in various aspects of investigations, including conducting surveillance and analyzing telephone toll and financial information obtained as a result of subpoenas issued by the government. I have participated in investigations that utilized Title III investigations, telephone records, and electronic cloud storage accounts to effectively identify subjects and gather evidence. I am in regular contact with law enforcement personnel who specialize in criminal enterprises and violent crimes.

4. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Michael Lucas Ambrose ("**AMBROSE**"). This affidavit sets forth facts sufficient to establish probable cause to believe that **AMBROSE** has committed the violations of 18 U.S.C. § 2252(a)(2) (receipt of child pornography), and 2252(a)(4) (possession of child pornography). **AMBROSE** resides at 640 South Broadway Avenue Apartment 1, Bartow, Florida 33830.

5. The facts contained in this affidavit are drawn from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law-enforcement officers, information from agency reports, and the review of documents provided to me by witnesses and by law-enforcement officers. Because this affidavit is being submitted for the limited purpose

of seeking authorization to arrest **AMBROSE**, I have not set forth each and every fact learned during the course of this investigation.

## **PROBABLE CAUSE**

1.     On or about July 15, 2022, law enforcement in New Jersey received a report of an adult having sexual intercourse with a 12-year-old child ("**A.S.**"). The adult in the New Jersey investigation is a different individual than **AMBROSE**.

2.     **AMBROSE** is approximately 29 years old and lives at 640 South Broadway Avenue Apartment 1, Bartow, Florida 33830, which is within the Middle District of Florida.

3.     **A.S.**'s mother consented to a search of **A.S.**'s Apple iPhone 13, which revealed that **A.S.** communicated with various telephone numbers to include 863-XXX-5704 and 863-XXX-8915. The 863 area code covers various counties in south-central Florida, some of which are in the Middle District of Florida.

4.     Telephone number 863-XXX-5704 was saved under the name "Micheal" in **A.S.**'s cellphone.[1] The following conversation occurred between "Micheal" and **A.S.** on or about October 23, 2022:

|                 |                                      |
|-----------------|--------------------------------------|
| **AMBROSE**:    | I'm sorry [**A.S.**]                 |
| **AMBROSE**:    | Do you want me to stop texting you?  |

---

[1] I confirmed the individual "Micheal" with phone number 863-XXX-5704 to be **AMBROSE** based on subscriber information detailed in paragraph 13 of this Affidavit.

| | |
|---|---|
| **AMBROSE:** | I completely understand if you say yes and I will respect your wishes and never bother you again |
| **A.S.:** | I just wish you wouldn't do stupid things that I do |
| **AMBROSE:** | Like what? |
| **A.S.:** | Text younger females |
| **AMBROSE:** | Does that include you? |
| **A.S.:** | No |
| **AMBROSE:** | Okay just making sure… I know I made a mistake and I regretted it as soon as I messaged her and she was the only one in a very very long time… |
| **AMBROSE:** | And definitely the last |
| **A.S.:** | Did the police show up |
| **AMBROSE:** | Not yet |
| **A.S.:** | They prob won't |
| **A.S.:** | I know how they work |
| **AMBROSE:** | I hope not but I'm still scared about it tbh |
| **A.S.:** | They won't |

> AMBROSE:                    Have they got in contact with you to ask about
>
>                             me?

5.     Telephone number 863-XXX-8915 was saved with the name "Mixheal"
in **A.S.**'s cellphone.[2] The following is a text conversation between "Mixheal" and **A.S.**
on or about November 11, 2022:

> AMBROSE:                    Lemme see your nails baby
>
> A.S.:                       [Photo of **A.S.**'s nails sent]
>
> AMBROSE:                    Awww those are cute baby
>
> AMBROSE:                    I love you [A.S.] I'm sorry things have been so
>
>                             difficult for both of us

6.     Law enforcement in New Jersey also executed a search warrant on **A.S.**'s
Snapchat account. I reviewed the Snapchat conversations between **A.S.** and username
"massive_beats" who I determined based on my investigation to be **AMBROSE**.

7.     Through my investigation, I identified that the Snapchat username
"massive_beats" changed to a new username "bastard_blob" on or about October 10,
2022. The new username "bastard_blob" was identified in a National Center for
Missing and Exploited Children ("NCMEC") report on or about November 9, 2022
for sending child pornography to another Snapchat user via IP address 73.91.13.184.
Pursuant to a subpoena to Comcast for IP address 73.91.13.184, the customer was
identified as **AMBROSE** at 640 South Broadway Avenue Apartment 1, Bartow,

---

[2] I confirmed the individual "Mixheal" with phone number 863-XXX-8915 to be **AMBROSE** based on subscriber information detailed in paragraph 14 of this Affidavit.

Florida 33830. The Snapchat warrant return identified that A.S. addressed Snapchat username "massive_beats" as "Micheal" in their conversations.

8.     The Snapchat warrant return detailed conversations between **A.S.** and **AMBROSE** from on or about April 10, 2022, to on or about September 15, 2022.

9.     On or about May 13, 2022, **A.S.** and **AMBROSE** had the following Snapchat conversation:

| | |
|---|---|
| **AMBROSE:** | Wanna fuck |
| **A.S.:** | Mhm |
| **AMBROSE:** | PLEASE |

10.     On or about May 23, 2022, **A.S.** and **AMBROSE** had the following Snapchat conversation:

| | |
|---|---|
| **AMBROSE:** | Can I see you |
| **AMBROSE:** | Don't make me think about you being naked |
| **AMBROSE:** | You made me horny |
| **A.S.:** | Is daddy home |
| **AMBROSE:** | Mhm |

\* \* \*

| | |
|---|---|
| **AMBROSE:** | I won't be able to cum anyway |
| **A.S.:** | You have my video |
| **AMBROSE:** | No |

| | |
|---|---|
| **A.S.:** | Wym |
| **AMBROSE:** | I don't |
| **A.S.:** | Yeah huh in the chat |
| **AMBROSE:** | Oh.. I forgot about that I thought you deleted them |
| **A.S.:** | Nope |

11.     On or about June 10, 2022, **A.S.** and **AMBROSE** had the following Snapchat conversation:

| | |
|---|---|
| **AMBROSE:** | But I need my kid girlfriend to be happy |
| **AMBROSE:** | Baby can you please stay 12 forever |
| **AMBROSE:** | Baby… Am I a bad person for being attracted to you? |
| **A.S.:** | No? |
| **AMBROSE:** | But baby… Why do I feel like a bad person for being in love with a 12 year old kid? Idk where this came from |

12.     I observed numerous videos from the Snapchat warrant return that were sent from **A.S.** to **AMBROSE**. The following are examples of videos sent from **A.S.** to **AMBROSE** that depict child sexual abuse material:

| | |
|---|---|
| Date Sent: | On or about April 10, 2022 |

7

Video Description:      The video is approximately 21 seconds in length. It is a close-up video showing **A.S.** masturbating herself by inserting her hand in and out of her vagina.

\* \* \*

Date Sent:      On or about September 15, 2022

Video Description:      This video is approximately 6 seconds in length. It is a close-up video showing **A.S.** masturbating herself by using a pink vibrator and inserting it in and out of her vagina.

13. On or about November 18, 2022, I subpoenaed the subscriber information for phone number 863-XXX-5704 from T-Mobile U.S., Inc. I received the following information:

Subscriber Name:      **AMBROSE**

Account Activation Date:      June 22, 2021

Account Expiration Date:      November 2, 2022

Account Billing Address:      640 South Broadway Avenue

Apartment 1, Bartow, Florida 33830

8

14.     On  or  about  November  18,  2022,  I  subpoenaed  the  subscriber
information for phone number 863-XXX-8915 from TextNow, Inc. I received the
following information:

| | |
|---|---|
| Subscriber Name: | **AMBROSE** |
| Ownership Begin Date: | November 4, 2022 |
| Account Expiration Date: | Current |
| Frequent IP Address: | 73.91.13.184 |

15.     On or about November 29, 2022, the Federal Bureau of Investigation
submitted a request to the National Center for Missing and Exploited Children
("NCMEC") to conduct a database query for IP address 73.91.13.184. NCMEC
provided the following two positive query results for IP address 73.91.13.184:

| | |
|---|---|
| Platform: | Snapchat |
| Incident Date: | November 9, 2022 |
| Snapchat Username: | bastard_blob |
| Email Address: | forclashvictory2@gmail.com |
| Video Title: | massive_beats...85e6.mp4 |
| Description: | The video is approximately one minute long and shows a female child, who is approximately 10 years old, performing oral sex on an adult male. |

* * *

| | |
|---|---|
| Platform: | Snapchat |
| Incident Date: | November 10, 2022 |
| Snapchat Username: | joint_token |
| Email Address: | lucasthegreat69@gmail.com |
| Video Title: | massive_beats...c558.mp4 |
| Description: | The video is approximately 26 seconds long and shows a female child, approximately 9 years old, being vaginally penetrated by an adult male's penis. |

16.     Pursuant to a subpoena, Snapchat provided the following subscriber information for the username joint_token:

| | |
|---|---|
| Old Username: | massivebeats |
| Name Change Date: | October 24, 2022 |
| Telephone Number: | 863-XXX-1854 |
| Creation Date: | March 12, 2018 |

17.     Pursuant to a subpoena, T-Mobile provided the following subscriber information for the telephone number 863-XXX-1854:

| | |
|---|---|
| Subscriber Name: | **AMBROSE** |
| Subscriber Address: | 640 South Broadway Avenue Apartment 1, Bartow, Florida 33830 |

Ownership Begin Date:  March 19, 2020

18. Pursuant to a subpoena, Snapchat provided the following subscriber information for the username bastard_blob:

Old Username:  massive_beats

Name Change Date:  October 10, 2022

Telephone Number:  863-XXX-4518

Creation Date:  February 15, 2021

19. A law enforcement query of IP address 73.91.13.184 revealed that Comcast was the internet provider. Pursuant to a FBI inquiry, Comcast provided the following subscriber information:

Subscriber Name:  **AMBROSE**

Phone Number:  863-XXX-5704

Address:  640 South Broadway Avenue

  Apartment 1, Bartow, Florida 33830

20. On or about December 13, 2022, I received a report from Tampa Police Department ("TPD") pertaining to another NCMEC tip reported by Instagram on or about June 20, 2020. Instagram provided the following information to NCMEC:

Platform:  Instagram

Incident Date:  June 19, 2020

Snapchat Username:  lucas_aka_massive

Email Address:  mambrose24@gmail.com

11

| | |
|---|---|
| Video Title: | 5sgimbde...9_n.jpg |
| Description: | The video is of a prepubescent black female being filmed manually stroking an adult male penis. The video appears to have been filmed by the adult male. The accompanying image is a design with the word "Massive". |

21.    Pursuant to a subpoena, Google provided the following subscriber information for the email account mambrose24@gmail.com:

| | |
|---|---|
| Customer Name: | **AMBROSE** |

22.    Bartow Electric provided the FBI the following information for 640 South Broadway Avenue Apartment 1, Bartow, Florida 33830:

| | |
|---|---|
| Customer Name: | **AMBROSE** |
| Date Range: | January 24, 2019 to present |
| Telephone Number: | 863-XXX-3462 |
| Email Address: | mambrose24@gmail.com |

23.    I confirmed with the United States Postal Inspection Service that **AMBROSE** receives mail at 640 South Broadway Avenue Apartment 1, Bartow, Florida 33830.

| | |
|---|---|
| Customer Name: | **AMBROSE** |
| Date Range: | January 24, 2019 to present |

| Telephone Number: | 863-XXX-3462 |
| Email Address: | mambrose24@gmail.com |

24.     On or about December 14, 2022, Bartow Police Department detectives went to 640 South Broadway Avenue Apartment 1, Bartow, Florida 33830, and an adult female answered the door. Detectives positively identified the adult female as **AMBROSE**'s mother based on a review of her driver's license photo in a law enforcement database. She spoke with detectives at the front door that she and her son, Lucas[3], are the only people that live there. Detectives heard an adult male voice coming from inside the residence but the male would not come to the door pursuant to the detectives' request.

25.     On or about December 14, 2022, a FBI surveillance team saw a male matching **AMBROSE**'s description along with a female who matched **AMBROSE**'s mother's description at the residence, leave the residence and enter a red vehicle. The red vehicle is not registered to **AMBROSE** or his mother.  The red vehicle was a 4-door vehicle with Florida license plate GYDE60. The red vehicle has a bumper sticker "Massive the Composer" on the back of it. The male drove the vehicle and the female sat in the passenger seat. The car traveled to an Arby's drive thru nearby and returned to the residence.

---

[3] Through my investigation, I've learned that **AMBROSE** uses the first name Lucas. Lucas is **AMBROSE**'s middle name. This is further confirmed through one of his email addresses (lucasthegreat69@gmail.com) and one of his snapchat usernames (lucas_aka_massive) detailed in this Affidavit.

26.     I was notified by the FBI Newark Division that **A.S.** is scheduled to travel to the St. Petersburg, Florida area, which is approximately one to two hours from **AMBROSE**'s residence on or about December 17, 2022. This travel was identified through flight records and the purpose of the travel is unknown.

27.     On or about December 16, 2022, law enforcement officers observed **AMBROSE** driving the red 4-door vehicle with Florida license plate GYDE60. **AMBROSE** drove to a Walgreens on Kathleen Road in Lakeland, Middle District of Florida, and exited the vehicle. When **AMBROSE** exited Walgreens, law enforcement made contact with him and confirmed that he did not have a license, despite driving. **AMBROSE** was subsequently detained for driving without a driver's license.

28.     FBI agents conducted a recorded interview of **AMBROSE** in the Walgreens parking lot. **AMBROSE** was advised of his *Miranda* rights and agreed to speak with the interviewing agents with reference to the above-detailed investigation.

29.     Post-*Miranda*, **AMBROSE** admitted to meeting **A.S.** on Instagram and detailed that the two communicated through Snapchat.

30.     **AMBROSE** admitted to being the user of the following Snapchat accounts: massive_beats, bastard_blob, and joint_token.

31.     **AMBROSE** confirmed he used telephone numbers ending in 5704 and 8915.

32.     **AMBROSE** admitted to communicated with **A.S.** for approximately one year and admitted to knowing **A.S.** was 12 years old.

14

33.    **AMBROSE** admitted to receiving several videos depicting child sexual abuse material of **A.S.**, and stated he often requested **A.S.** to produce videos of her naked and send them to him. The videos **A.S.** sent **AMBROSE** were of **A.S.** masturbating.

34.    **AMBROSE** told agents he saved the videos of **A.S.** on his Samsung tablet and Lenovo cell phone.

35.    **AMBROSE** admitted to distributing and receiving child sexual abuse material through the Snapchat accounts he used.

36.    **AMBROSE** admitted to being attracted to young girls and stated he had a problem. He admitted to viewing child sexual abuse material since he was 12 years old and has continued to do so until as recently as two weeks ago.

37.    After the interview ended, **AMBROSE** re-approached the agents and consented to law enforcement retrieval and search of his vehicle, any electronic devices in his vehicle, his residence, and any electronic devices from his residence.

38.    The FBI conducted a forensic preview of **AMBROSE**'s Lenovo cellular device. During the forensic preview, agents located several videos depicting child pornography. The following is a description of two videos discovered during the forensic preview:

| Title: | 1_24_ev.mp4 |
|---|---|
| Description: | This video is approximately 2 minutes and 6 seconds in length. It depicts a female child, approximately 3 |

15

years old, who is blindfolded with her wrist bound. She is laying naked on a bed while a dog is licking her vagina.

\* \* \* \*

Title: vid_20221104_044004_069.mp4

Description: This video is approximately 15 seconds in length. It depicts a female child, approximately 10 years old, who is performing oral sex on an adult male.

## CONCLUSION

1.     Based on the foregoing, there is probable cause to believe that **AMBROSE** committed violations of 18 U.S.C. §§ 2252(a)(2) (receipt of child pornography) and 2252(a)(4) (possession of child pornography), and I respectfully request this Court issue an arrest warrant for **AMBROSE**.

Connor Creasey, Special Agent
Federal Bureau of Investigation

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) before me this __16__ day of December, 2022.

Hon. Amanda A. Sansone
United States Magistrate Judge